# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PEREZ, an individual, | Case No. 5:24-cv-00239-JGB-SHK |
| Plaintiff | *Honorable Jesus G. Bernal* |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CITY OF FONTANA; ALEX MILLAN; and DOES 1 through 10, inclusive, | |
| Defendants. | Action Filed: 01/31/24 |

### ORDER

In consideration of the parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: January 30, 2025

_____
Jesus G. Bernal, U.S. District Judge